# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

NEW 90, LLC AND LOUISIANA
WETLANDS, LLC

NO.   2019 CW 0729

VERSUS

GRIGSBY PETROLEUM, INC. AND
CHEVRON U.S.A., INC.

**OCTOBER 15, 2019**

---

In Re:   Chevron U.S.A. Inc., applying for supervisory writs,
16th Judicial District Court, Parish of St. Mary, No.
130528.

---

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT   DISMISSED.**   This   writ   application   is   dismissed
pursuant  to  relator's  motion  to  dismiss  advising  that  the
parties have reached a settlement and requesting that this writ
application be dismissed.

PMc
JEW
GH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT